FILED

06/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0671

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-22-0671

IN RE THE MARRIAGE OF:

SHERRI L. FROST,

Petitioner/Appellant

v.

KEVIN ROY FROST

Respondent/Appellee/Cross-Appellant

v.

FROST LIMITED PARTNERSHIP,

Respondent/Appellee/Cross-Appellant

On appeal from the Montana Twenty-First Judicial District Court, Ravalli County
Cause No. DR-15-165; Honorable Howard F. Recht, Presiding

APPELLEE'S MOTION FOR EXTENSION OF TIME

Marybeth M. Sampsel
MEASURE LAW, P.C.
128 2ND STREET EAST
Kalispell, MT 59903-0918
(406) 752-6373
mbs@measurelaw.com

*Attorneys for Petitioner/Appellant*
*Sherri Frost*

David B. Cotner
Natalie Hammond
COTNER RYAN LAW, PLLC
321 W. Broadway, Suite 500
Missoula, MT 59802
Telephone: (406) 541-1111
Email: dcotner@cotnerlaw.com
        nhammond@cotnerlaw.com

*Attorneys for Respondent/Appellee*
*Kevin Frost*

Reid J. Perkins
WORDEN THANE P.C.
321 W. Broadway St., Ste. 300
Missoula, MT 59802
(406) 721-3400
rperkins@wordenthane.com

*Attorneys for Respondent/Appellee*
*Frost Limited Partnership*

---

HAVING REVIEWED Respondent/Appellee/Cross-Appellant Kevin Frost's Unopposed Motion for Extension of Time and good cause appearing,

IT IS HEREBY ORDERED that Respondent/Appellee/Cross-Appellant Kevin Frost has until July 17, 2023, to file his Response to Opening Brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 5 2023